UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Case No. 3:19-CR-18 RLM-MGG |
| ) | |
| JORDON NORTON ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on April 25, 2019 [Doc. No. 15]. Accordingly, the court ADOPTS those findings and the recommendation, ACCEPTS defendant Jordon Norton's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 922(n).

SO ORDERED.

ENTERED:  May 13, 2019

/s/ Robert L. Miller, Jr.
Judge
United States District Court